# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 8, 2011

142642-3

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

MICHELLE GIRARD,
            Plaintiff-Appellee,

v

DUANE MONTGOMERY, JR.,
            Defendant-Appellant.

SC: 142642
COA: 299291
Oakland CC Family Division:
2010-769976-DO

_____/

DUANE MONTGOMERY, JR.,
            Plaintiff-Appellant,

v

MICHELLE GIRARD,
            Defendant-Appellee.

SC: 142643
COA: 299531
Oakland CC Family Division:
2010-770098-DC

_____/

On order of the Court, the application for leave to appeal the January 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 8, 2011

Clerk

y0405